**Order filed October 29, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00076-CR

———————

**MICHAEL TREJO, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Cause No. CR-14-0769**

## ORDER

Appellant Michael Trejo, Jr. appeals his conviction for murder. The clerk's record was filed February 2, 2018.

At oral argument the State represented that a judgment nunc pro tunc had been entered correcting the recitation of appellant's plea. The record does not contain a copy of the judgment nunc pro tunc.

The Hays County District Clerk is directed to file a supplemental clerk's record on or before November 12, 2019, containing the judgment nunc pro tunc.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.